**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
JULIO C. MENDOZA-GALINDO,

                Petitioner,                            **JUDGMENT**

      - against -                                           CV 26-0241 (JS)

PAM BONDI, Attorney General of the
United States, KRISTI NOEM, Secretary
of the Department of Homeland Security,
TODD M. LYONS, Acting Director,
United States Immigration and Customs
Enforcement, in their official capacities,
BRIAN FLANAGAN, Acting Deputy Field
Office Director for ICE in New York City
Area, in their official capacities,

                Respondent.
-------------------------------------------------------X

      An Order of Honorable Joanna Seybert, United States District Judge, having been filed on January 23, 2026, granting Petitioner's Petition for a Writ of Habeas Corpus, ECF #1; it is

      **ORDERED AND ADJUDGED** that the Respondents are ENJOINED from re-detaining Petitioner without ensuring he receives a bond hearing before an immigration judge to assess whether he poses a flight risk or safety risk. IT IS FURTHER ORDERED that pending the issuance of any final removal order against Petitioner, Respondents are enjoined from denying him bond in any subsequent proceeding on the basis that he must be detained pursuant to Section 1225(b) absent a change in relevant circumstances consistent with this ruling. IT IS FURTHER ORDERED that the Petitioner is NOT subject to any location monitoring, including, but not limited to, ankle monitoring. IT IS FURTHER ORDERED the Clerk of the Court is to mark this case closed.

Dated: January 26, 2026
       Central Islip, New York

                                                                   BRENNA B. MAHONEY
                                                                   CLERK OF COURT

                                                       By:    /s / Henry Matute
                                                                    Deputy Clerk